UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IGOR VEDERNIKOV, *individually and on behalf of all others similarly situated*; | : Case No. 3:18-cv-15275 |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| DIVERSIFIED CONSULTANTS INC., ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, JOHN DOES 1-25 Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 27, 2018

It is so ordered this 27th day of December, 2018

_____
Brian R. Martinotti, U.S.D.J.

Respectfully Submitted,

*/s/Yaakov Saks*
Yaakov Saks Esq.
**Stein Saks, PLLC**